## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: William E. Naugle                                    CHAPTER 13
        Heather L. Naugle
               Debtor(s)                    BKY. NO. 24-70213 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

              Respectfully submitted,

/s/ *Brent J. Lemon*
          PA Western BK
          31 May 2024, 10:33:09, EDT

Denise Carlon, Esq. (317226)        ☐
Brent Lemon, Esq. (86478)        ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com